# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS VINCENT POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 5:25-cv-02176-SB-MBK<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order dismissing this case for lack of prosecution entered this day, Plaintiff's habeas petition is dismissed without prejudice.

    This is a final judgment.

Date: November 13, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1